NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CARMINE'S BROADWAY FEAST INC.

---

2010-1528

(Serial No. 78/934,642)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

The appellant moves for a 60-day extension of time, until April 22, 2011, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>FEB 1 4 2011</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Beth A. Chapman, Esq.
  Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**FEB 1 4 2011**

**JAN HORBALY**
**CLERK**